UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROY R. GALLEGOS,

                Petitioner,

    v.

KARIN ARNOLD,

                Respondent.

Case No. 3:25-cv-05928-KKE-TLF

ORDER GRANTING SECOND
MOTION FOR EXTENSION

Currently before the Court is respondent's second motion for extension of time to file an answer to the pro se habeas corpus petition (Dkt. 10).

On January 14, 2025, counsel for respondent moved for a second extension of time, until February 19, 2026, to file an answer to the petition. Dkt. 10. Counsel indicates that he requires additional time to review the voluminous record in this case, assess issues including cognizability, timeliness, and exhaustion of state remedies, and to properly prepare the answer. *Id.* Petitioner filed a response in which he does not oppose the request for extension but objects to respondent's use of the term "alleged plea" and that the request for extension is reasonable and will not prejudice petitioner because his "custodial posture will not change based on the answer." Dkt. 11.

The Court acknowledges petitioner's objections.

Finding good cause for the extension, the Court hereby ORDERS:

ORDER GRANTING SECOND MOTION FOR
EXTENSION - 1

(1) Respondent's motion for extension of time (Dkt. 10) is GRANTED. Respondent's answer shall be due by **February 19, 2026**.

(2) Petitioner's response to the answer shall be due by **March 12, 2026**.

(3) Respondent's reply shall be due on or before **March 19, 2026**.

(4) The Clerk is directed to provide a copy of this order to petitioner and counsel for respondent.

Dated this 17th day of February, 2026.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING SECOND MOTION FOR
EXTENSION - 2